IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| STANLEY WATKINS, | : |
| Plaintiff, | : |
| | : Case No. 2:21-cv-04482 |
| v. | : |
| | : Chief JUDGE ALGENON L. MARBLEY |
| OHIO DEPARTMENT OF EDUCATION, *et al.* | : |
| | : Magistrate Judge Elizabeth Preston Deavers |
| Defendants. | : |

**ORDER**

This matter is before the Court on Plaintiff Stanley Watkins's Motion to Attend Hearing by Phone or Continue. (ECF No. 20). A Preliminary Injunction hearing is scheduled for **Tuesday, October 19, 2021**, at **10:00 a.m.** Plaintiff is aiding those affected by the FEMA-declared disaster in New Orleans, Louisiana. Because of his remote location, Plaintiff seeks to participate in the Preliminary Injunction hearing telephonically or, alternatively, to continue the hearing until February of 2022. For good cause shown, this Court **GRANTS** Plaintiff's Motion to Continue and the Preliminary Injunction hearing will be reset for **Wednesday, February 23, 2022**, at **10:00 a.m.**

Finally, this Court **ORDERS** Plaintiff to file a Reply brief in support of his Motion for Preliminary Injunction by **Monday**, **January 24, 2022**. Specifically, Plaintiff should respond to Defendant's argument that this Court must abstain from exercising jurisdiction pursuant to *Younger v. Harris*, 401 U.S. 37 (1971).

IT IS SO ORDERED.

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED: October 19, 2021**