IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| STANLEY WATKINS, | : |
| Plaintiff, | : Case No. 2:21-cv-04482 |
| v. | : Chief Judge Algenon L. Marbley |
| | : Magistrate Judge Elizabeth P. Deavers |
| OHIO DEP'T OF ED., *et. al.*, | : |
| Defendants. | : |

# ORDER

This matter is before this Court as a result Defendants' Status Report (ECF No. 37) and Plaintiff's Motion in Opposition to State Defendants' Status Report; Motion to Dismiss; and Motion to Amend Original Complaint (ECF No. 43). As both parties agree that the relevant State Action has concluded, this Court **LIFTS** the stay it previously entered in this case. (*See* ECF No. 30).

IT IS SO ORDERED.

_____
**ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: May 7, 2024**

1